# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JEFFREY WAYNE TAYLOR,<br><br>        Plaintiff,<br><br>    v.<br><br>CHASE BANK,<br><br>        Defendant. | 1:13-cv-00982-AWI-BAM<br><br>**ORDER CONTINUING INITIAL SCHEDULING CONFERENCE**<br><br>**Date:  November 24, 2015**<br><br>**Time:  9:30 a.m. in Courtroom 8 (BAM)** |

Plaintiff Jeffrey Taylor ("Plaintiff") is proceeding *pro se* in this action for monetary damages against Defendant Chase Bank.  On June 19, 2015, the Court screened Plaintiff's first amended complaint and found that it stated causes of action for violations of the Real Estate Settlement Procedures Act, 12 U.S.C. § 2605 ("RESPA"), and the Truth in Lending Act, 12 C.F.R. Part 226 ("TILA").  The Court directed the Clerk of Court to issue summons, serve Plaintiff with new case documents, and set an Initial Scheduling Conference.  Plaintiff was cautioned that he must achieve service of process within the time period set forth in Fed. R. Civ. P. 4 or the matter may be dismissed.  (Doc. 4.)

On June 19, 2015, the Court issued a First Informational Order.  The Clerk's Office also issued a summons for Chase Bank, new case documents and set an Initial Scheduling Conference for September 24, 2015, at 8:30 a.m. before the undersigned.  (Docs. 5, 6, 7.)  These documents were served on Plaintiff by mail.

There is no indication in the Court's record that Plaintiff has achieved service of process on Defendant Chase Bank. Accordingly, IT IS HEREBY ORDERED that:

1. Due to the status of the case, the Initial Scheduling Conference currently set for 9/24/2015 is CONTINUED to **November 24, 2015, at 9:30 a.m.** in Courtroom 8 (BAM) before Magistrate Judge Barbara A. McAuliffe.
2. The parties SHALL file a JOINT Scheduling Report one week prior to the conference; and
3. **Plaintiff is cautioned that he must achieve service of process on defendant prior to the conference and within the time period and in the manner set forth in Fed. R. Civ. P. 4 or the matter may be dismissed.**

IT IS SO ORDERED.

Dated: __**September 17, 2015**__      /s/ Barbara A. McAuliffe
                                     UNITED STATES MAGISTRATE JUDGE